## MICHAEL PARROTT *v.* COMMISSIONER OF CORRECTION
### (AC 31807)

DiPentima, C. J., and Alvord and Borden, Js.

Argued March 14—officially released April 5, 2011

Per Curiam. The appeal is dismissed.

## CECELIA LEBBY *v.* BRUCE GELSTON ET AL.
### (AC 32446)

Bishop, Alvord and Pellegrino, Js.

Submitted on briefs March 16—officially released April 12, 2011

Per Curiam. The judgment is affirmed.

## DENNIS NASH *v.* COMMISSIONER OF CORRECTION
### (AC 31640)

Beach, Robinson and Alvord, Js.

Argued March 18—officially released April 12, 2011

Per Curiam. The appeal is dismissed.